UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director

Plaintiff

vs. C.A. No. 05-163T

FLEET CONSTRUCTION CO., INC.

Defendant

**ANSWER**

Now comes the defendant in the above-captioned action and in response to the plaintiffs' complaint, answers as follows:

1. Defendant neither admits nor denies paragraph 1 of plaintiffs' complaint but leaves plaintiffs to their proof thereof.

2. Defendant neither admits nor denies paragraph 2 of plaintiffs' complaint but leaves plaintiffs to their proof thereof.

3. Defendant neither admits nor denies paragraph 3 of plaintiffs' complaint but leaves plaintiffs to their proof thereof.

4. Defendant admits the allegations contained in paragraph 4 of plaintiffs' complaint.

5. Defendant neither admits nor denies paragraph 5 of plaintiffs' complaint but leaves plaintiffs to their proof thereof.

6. Defendant neither admits nor denies paragraph 6 of plaintiffs' complaint but leaves plaintiffs to their proof thereof.

7. Defendant neither admits nor denies paragraph 7 of plaintiffs' complaint but leaves plaintiffs to their proof thereof.

3

8. Defendant neither admits nor denies paragraph 8 of plaintiffs' complaint but leaves plaintiffs to their proof thereof.

9. Defendant neither admits nor denies paragraph 9 of plaintiffs' complaint but leaves plaintiffs to their proof thereof.

10. Defendant admits the allegations contained in paragraph 10 of plaintiffs' complaint.

11. Defendant neither admits nor denies paragraph 11 of plaintiffs' complaint but leaves plaintiffs to their proof thereof.

12. Defendant neither admits nor denies paragraph 12 of plaintiffs' complaint but leaves plaintiffs to their proof thereof.

**WHEREFORE**, defendant prays that this Honorable Court enter judgment in favor of defendant, plus costs and attorneys' fees.

FLEET CONSTRUCTION CO. INC.

By its attorney,

Joseph Tudino, Esq. #2654
DOMENIC TUDINO ESQ., INC.
915 Smith Street
Providence, RI 02908
Tel. (401-331-2600)
Fax. (401-521-7330)

Dated: May 26, 2005

**CERTIFICATE**

I hereby certify that I mailed a copy of the within Answer to Marc B. Gursky, Esq., Elizabeth Wiens, Esq., Gursky Law Associates, 420 Scrabbletown Rd. Ste C, North Kingstown, RI 02852 on this 26th day of May, 2005.

litigat\fleet.ans