RECEIVED

MAR 10 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,
Plaintiffs,

v.

FLEET CONSTRUCTION CO., INC.,
Defendant.

C.A. No. 05-163T

## CONSENT ORDER AND JUDGMENT

By agreement of the parties, it is hereby ORDERED.

1. Judgment shall enter in favor of Plaintiffs and against Defendant for unpaid contributions, interest and attorneys' fees as indicated below.

2. Plaintiffs and Defendant agree that contributions will be paid as follows:

| Month | Due Date | Amount Owed |
|---|---|---|
| Aug. 2005 | January 23, 2006 | $18,881.44 (payment received) |
| Sept. 2005 | January 30, 2006 | $16,733.40 (payment received) |
| Oct. 2005 | February 6, 2006 | $16,683.30 (payment received) |
| Nov. 2005 | February 13, 2006 | $17,675.91 (payment received) |
| Dec. 2005 | February 20, 2006 | $14,350.52 (payment received) |
| Jan. 2006 | February 27, 2006 | $ 1,032.96 (payment received) |
| | March 6, 2006 | $ interest and attorneys' fees |
| Feb. 2006 | March 13, 2006 | $ amount to be determined |

3. Defendant agrees to pay interest on each monthly contribution from August, 2005 through the present through the date the contributions is paid. All interest payments are due on or before March 6, 2006.

4. Defendant agrees to reimburse Plaintiffs for attorneys' fees and costs associated with this litigation in the amount of $5,141.25. Said amount is due on or before March 6, 2006.

5. In the event that any payment is not received on or before its due date, the remaining amount due, plus a twenty percent liquidated damages fee and interest on contributions from October 2004 through the present, together with all attorneys' fees expended in the course of this litigation, is immediately due.

6. Defendant agrees that Plaintiffs may audit Defendant relative to benefit fund contributions in accordance with the collective bargaining agreement between the parties in the usual normal course, and in the even that contributions are under-reported, those amount shall be pursued with interest.

7. This Judgment shall be satisfied only upon the receipt of the full amount due pursuant to this agreement.

For Plaintiffs:

Marc B. Gursky, Esq. (#2818)
Gursky Law Associates
420 Scrabbletown Rd. Ste. C
North Kingstown, RI 02852
(401) 294-4700
(401) 294-4702

For Defendant:

Jean Fallago, Esq. (#3385)
Jean Fallago, Esq.
52 Cedar Swamp Road
Smithfield, RI 02917
(401) 231-4805
(401) 231-5078

ENTER:

Ernest C. Torres
3/24/06

PER ORDER: